NO. 07-09-0312-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 23, 2009
______________________________

IN RE: LUIS S. LEGATE, JR.
 
                                                                                                 Relator
_________________________________

ORIGINAL MANDAMUS PROCEEDING
_________________________________

BEFORE QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
          Pending before the court is a “Petition for Writ of Mandamus[,] Plaintiffs [sic] Original
Petition of Complaint for the Deliberate Denial of Proper Medical Treatment . . .” filed by
Luis S. Legate, Jr. Through it, Legate complains about medical treatment he received
while incarcerated in a Texas prison. We dismiss the petition.
          As an appellate court, we have the authority to issue writs of mandamus to protect
our jurisdiction and against a district and county court judge. Tex. Gov. Code Ann.
§22.221(a) & (b) (Vernon 2004). The relief sought by Legate is not against a judge. Nor
does the underlying dispute implicate a pending appeal. See In re Washington, 7 S.W.3d
181, 182 (Tex. App.–Houston [1st Dist.] 1999, no pet.) (holding that an appellate court may
issue mandamus to protect its jurisdiction when the relief sought implicates a pending
appeal). Thus, we have no jurisdiction over the matter.
          The petition for writ of mandamus is dismissed.
 
                                                                           Per Curiam